# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of

STEPHEN C. SMITH

: No. 2095 Disciplinary Docket No. 3
:
: Board File Nos. C3-14-9 and C3-14-233
:
: Attorney Registration No. 36521
: (Clinton County)

## O R D E R

**PER CURIAM:**

AND NOW, this 7th day of October, 2014, upon consideration of the Certificate of Admission of Disability by Attorney that the respondent is suffering from a disabling condition which makes it impossible for him to prepare an adequate defense to allegations of professional misconduct, it is hereby

ORDERED that Stephen C. Smith is immediately transferred to inactive status pursuant to Rule 301(e), Pa.R.D.E., for an indefinite period and until further Order of the Court, and he shall comply with Rule 217, Pa.R.D.E. All pending disciplinary proceedings shall be held in abeyance, except for the perpetuation of testimony and the preservation of documentary evidence.